Ittel et al., Appellants, *v.* Tucker.

Argued March 28, 1973. Before JONES, C. J., EAGEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Rochelle S. Friedman,* with her *Frank W. Ittel, Jr.,* for appellants.

*Israel Packel,* Attorney General, with him *Lawrence J. Beaser,* Deputy Attorney General, for C. Delores Tucker, Secretary of Commonwealth et al., appellees.

*Anthony V. DeCello,* Assistant County Solicitor, with him *William R. Caroselli,* Assistant County Solicitor, and *Francis A. Barry,* County Solicitor, for members of Board of County Commissioners, appellees.

OPINION PER CURIAM, April 3, 1973:

The Court being equally divided, the order of the Commonwealth Court is affirmed.

Mr. Chief Justice JONES, Mr. Justice EAGEN and Mr. Justice MANDERINO would affirm the order of the Commonwealth Court.

Mr. Justice ROBERTS, Mr. Justice POMEROY and Mr. Justice NIX would reverse the order of the Commonwealth Court.

Mr. Justice O'BRIEN took no part in the consideration or decision of this case.